**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGIE NOVY,

      Plaintiff,

v.                                                            Case No. 8:26-cv-1467-TPB-SPF

DAVID L. CAPLAN,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of

Sean P. Flynn, United States Magistrate Judge, entered on May 27, 2026. (Doc. 5). Judge

Flynn recommends that Plaintiff's complaint (Doc. 1) be dismissed without prejudice due to

pleading defects, and that her motion to proceed *in forma pauperis* (Doc. 2) be denied without

prejudice. No objection to the report and recommendation has been filed, and the time to

object has expired.

After conducting a careful and complete review of the findings and recommendations,

a district judge may accept, reject, or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983);

*Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de

novo determination of those portions of the [report and recommendation] to which an

objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the

report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784

(11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, the complaint is dismissed without prejudice, with leave to amend. The motion to proceed *in forma pauperis* is denied without prejudice, with leave to file a new motion along with the amended complaint.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     Judge Flynn's report and recommendation (Doc. 5) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

(3)     Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

(4)     Plaintiff is directed to file an amended complaint that corrects the defects identified in the report and recommendation on or before July 7, 2026. Failure to do so will result in this Order becoming a final judgment. In addition, Plaintiff is directed to either pay the filing fee or file a new motion to proceed without costs at the time she files her amended complaint. Failure to pay the filing fee or file a motion as directed may result in the dismissal of this case without prejudice without further notice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of June, 2026.

 

 

_____

TOM BARBER
UNITED STATES DISTRICT JUDGE